UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ 13-506 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| GODFREY CHAMBERS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:      Assault of a Federal Officer

<u>Date of Detention Hearing</u>:    November 19, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.      Defendant is charged by Complaint with assaulting a Deputy United States

DETENTION ORDER
PAGE -1

01   Marshall engaged in the performance of official duties.

02         2.         Defendant was only partially interviewed by Pretrial Services.   He has a

03   lengthy criminal record and multiple failures to appear with bench warrant activity.   His record

04   includes violations of court supervision.

05         3.         Defendant does not contest detention.

06         4.         Defendant poses a risk of nonappearance due to a history of failing to appear and

07   lack of verified background information.   He poses a risk of danger due to the nature of the

08   instant offense and criminal history.

09         5.         There does not appear to be any condition or combination of conditions that will

10   reasonably assure the defendant's appearance at future Court hearings while addressing the

11   danger to other persons or the community.

12   It is therefore ORDERED:

13         1.   Defendant shall be detained pending trial and committed to the custody of the Attorney

14               General for confinement in a correction facility separate, to the extent practicable, from

15               persons awaiting or serving sentences or being held in custody pending appeal;

16         2.   Defendant shall be afforded reasonable opportunity for private consultation with

17               counsel;

18         3.   On order of the United States or on request of an attorney for the Government, the

19               person in charge of the corrections facility in which defendant is confined shall deliver

20               the defendant to a United States Marshal for the purpose of an appearance in connection

21               with a court proceeding; and

22         4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel

DETENTION ORDER
PAGE -2

01     for the defendant, to the United States Marshal, and to the United State Pretrial Services

02     Officer.

03     DATED this <u>19th</u> day of November, 2013.

04

05     _____
       Mary Alice Theiler
06     Chief United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3